UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PEGLER,                                              :
                                                                   ORDER

        Plaintiff,                        :

        -against-                           :    18 Civ. 4675 (LMS)

TELEVISION EQUIPMENT ASSOC., et al.,   :

        Defendants.                       :

------------------------------------------------------------x

       Plaintiff's counsel is hereby directed to submit to the Court unredacted invoices for the attorney's fees claimed in its letter of August 3, 2020, for *in camera* review, by emailing the invoices to ChambersNYSDSmith@nysd.uscourts.gov.  Counsel shall also provide an explanation, copy to Defendants' counsel, for including fees for any attorney other than Joseph Licare in the request.

Dated: August 21, 2020
       White Plains, New York

                                                        **SO ORDERED**

                                                        _____
                                                        Lisa Margaret Smith
                                                       United States Magistrate Judge
                                                       Southern District of New York