UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA PEGLER,

                  Plaintiff,

       – against –                      18 CV 4675 (LMS)

TELEVISION EQUIPMENT ASSOCIATES, INC.,      ORDER
et al.,
                Defendants.

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

    The Court received a series of letters (dated August 3, 2020, August 20, 2020, and August 25, 2020) from counsel related to enforcement of the settlement agreement in this matter. Because these letters discuss details of the settlement agreement, which is confidential, the letters are to be filed under seal. The Clerk of the Court is respectfully directed to restrict access to these letters to the parties of record and their attorneys.

Dated: September 25, 2020
       White Plains, New York      **SO ORDERED,**

                                            Lisa Margaret Smith
                                            United States Magistrate Judge
                                            Southern District of New York

---

[1] The parties consented to the undersigned's exercise of jurisdiction over this matter pursuant to 28 U.S.C. § 636(c) on March 15, 2019. ECF No. 100.