UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA PEGLER,

      Plaintiff,

- against -

TELEVISION EQUIPMENT ASSOCIATES, INC., et al.,

      Defendants.

18CV4675 (LMS)

ORDER

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**[1]

The Court received letters (dated October 1, 2020, and October 2, 2020) from counsel related to the Court's Order issued on September 25, 2020.  Docket # 119.  Because the Order relates to the parties' settlement agreement, which is confidential, the letters are to be filed under seal.  The Clerk of the Court is respectfully directed to restrict access to these letters to the parties of record and their attorneys.

Dated: October 16, 2020
   White Plains, New York

            SO ORDERED,

            _____
            Andrew E. Krause
            United States Magistrate Judge
            Southern District of New York

---

[1] The Honorable Lisa Margaret Smith, U.S.M.J., who had presided over this case, retired effective September 30, 2020.